■ VERA MARTYNICK, Respondent, v TDX CONSTRUCTION CORP., Appellant. [643 NYS2d 394] —In an action to recover damages for personal injuries, the defendant appeals from so much of an order of the Supreme Court, Kings County (Vaccaro, J.), dated June 28, 1995, as denied its motion for summary judgment as premature.

Ordered that the order is affirmed insofar as appealed from, with costs.

Under the circumstances of this case, the Supreme Court properly denied the motion as premature. Mangano, P. J., Thompson, Florio and McGinity, JJ., concur.